# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN OLIVER SNOW, | ) |
| Petitioner, | ) 2:03-cv-0292-GMN-CWH |
| vs. | ) |
| | ) **ORDER** |
| RENEE BAKER, *et al.*, | ) |
| Respondents. | ) |

This capital habeas corpus action was stayed, upon a stipulation of the parties (docket #121), in an order entered April 14, 2008 (docket #122), to allow the petitioner, John Oliver Snow, to exhaust claims in state court.

On December 14, 2011, Snow filed a motion to lift the stay (docket #132). In that motion, Snow states that the state-court proceedings have concluded. Respondents did not respond to the motion to lift the stay. The court will grant the motion to lift the stay, and will reopen this action.

The court will also set a status conference to hear from counsel with respect to a schedule for further proceedings in this action.

As a final matter, the court is informed that Renee Baker is now the warden of Ely State Prison, the prison where Snow is incarcerated. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Renee Baker is substituted for E.K. McDaniel, as the respondent warden.

1  **IT IS THEREFORE ORDERED** that petitioner's Motion to Vacate Stay and Reopen
2  Capital Habeas Corpus Proceedings (docket #132) is **GRANTED**. The stay of this action is lifted.
3  **IT IS FURTHER ORDERED** that a telephonic status conference is set for **January 26,**
4  **2012, at 1:30 p.m.**, to hear from counsel with respect to a schedule for further proceedings in this
5  action. To join the telephonic status conference, approximately five minutes before the time set for
6  the conference counsel should call 702-868-4912 and enter the code 123456.
7  **IT IS FURTHER ORDERED** that the Clerk of the Court shall substitute Renee Baker for
8  E.K. McDaniel, on the docket, as the respondent warden in this action, and shall update the caption
9  of the action to reflect this change.
10  DATED this 4th day of January, 2012.

Gloria M. Navarro
United States District Judge

2