UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JOHN OLIVER SNOW,

Petitioner,

v.

RENEE BAKER, *et al.*,

Respondents.

Case No. 2:03-cv-00292-MMD-CWH

ORDER

In this capital habeas corpus case, the parties have fully briefed the merits of the remaining claims of the petitioner, John Oliver Snow. *See* Second Amended Petition for Writ of Habeas Corpus (dkt. no. 137); Order entered September 12, 2013 (dkt. no. 173); Order entered November 5, 2013 (dkt. no. 177); Answer (dkt. no. 183); Reply (dkt. no. 193); Response to Reply (dkt. no. 194). In addition, there is, pending, a fully briefed motion by Snow for an evidentiary hearing. *See* Motion for Evidentiary Hearing (dkt. no. 187); Opposition to Motion for Evidentiary Hearing (dkt. no. 195); Reply in Support of Motion for Evidentiary Hearing (dkt. no. 198).

One of Snow's remaining claims, Claim 4, is a claim that his federal constitutional rights were violated because certain jurors were not impartial. *See* Second Amended Petition at 62-69. However, it appears to the Court that neither Snow nor the respondents have filed, as exhibits, the transcripts of the jury selection at Snow's trial. In his second amended habeas petition, Snow cites extensively to the transcripts of the jury selection, in the form "TT," apparently referring to the trial transcripts, but

1 apparently without filing those transcripts as exhibits, and without indicating where those
2 transcripts can be found in the record in this case. *See* Second Amended Petition at 62-
3 69. Respondents, on the other hand, have filed trial transcripts as exhibits in this case,
4 but it appears those do not include transcripts of the jury selection*. See* Respondents'
5 Exhibits 1a-1k.

6       Therefore, pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases in
7 the United States District Courts, the Court directs respondents to file, within ten (10)
8 days from the date of entry of this order, as exhibits (numbered starting where
9 respondents' previously-filed exhibits, in dkt. no. 147, left off), copies of the transcripts of
10 the entire jury selection proceedings in Snow's trial.

11       It is so ordered.

12       DATED THIS 8th day of September 2015.

15 MIRANDA M. DU
UNITED STATES DISTRICT JUDGE