UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN OLIVER SNOW,<br><br>              Petitioner,<br>   v.<br><br>RENEE BAKER, *et al.*,<br><br>              Respondents. | Case No. 2:03-cv-00292-MMD-CWH<br><br>ORDER |

In this capital habeas corpus case, the court denied habeas corpus relief in an order entered on September 28, 2015. (Dkt. no. 201.) The Court granted the petitioner, John Oliver Snow, a certificate of appealability with respect to certain issues. Judgment was entered on that same date. (Dkt. no. 202.)

On October 23, 2015, Snow filed a notice of appeal. (Dkt. no. 205.)

Also on October 23, 2015, Snow filed a motion for leave to file a motion in excess of thirty (30) pages. (Dkt. no. 203.) Attached to that motion is a 42-page motion to alter or amend judgment that Snow wishes to file. The Court has examined the motion to alter or amend judgment and determines that there is good cause to allow Snow to file a motion of such length. The Court will grant Snow's motion for leave to file a motion in excess of thirty (30) pages, and will direct the Clerk of the Court to separately file the motion to alter or amend judgment.

In addition, the Court will set a schedule for the briefing of the motion to alter or amend judgment.

1 It is therefore ordered that petitioner's Motion for Leave to File Motion in Excess of Thirty Pages (dkt. no. 203) is granted. Petitioner is granted leave of Court to file his motion to alter or amend judgment.

It is further ordered the Clerk of the Court shall separately file petitioner's motion to alter or amend judgment (attached to the motion at dkt. no. 203).

It is further ordered that respondents shall have 45 days from the date of entry of this order to respond to the motion to alter or amend judgment. Thereafter, petitioner shall have thirty (30) days to file a reply in support of that motion.

DATED THIS 2nd day of November 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE