# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN OLIVER SNOW,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 2:03-cv-00292-MMD-CWH<br><br>ORDER |

In this habeas corpus action, Respondents were required to file an answer by January 19, 2021. (ECF No. 225.) On that date, Respondents filed their first motion for extension of time (ECF No. 226), requesting a 30-day extension to February 18, 2021. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. Petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 226) is granted. Respondents will have until and including February 18, 2021, to file their answer. In all other respects, the schedule for further proceedings set forth in the order entered October 21, 2020 (ECF No. 225) will remain in effect.

DATED THIS 20th Day of January 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE