# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN OLIVER SNOW, | Case No. 2:03-cv-00292-MMD-CWH |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

In this habeas corpus action, after a 30-day extension of time, Respondents were due on February 18, 2021, to file an answer. (ECF Nos. 225, 227.) On that date, Respondents filed a motion for enlargement of time (second request) (ECF No. 228), requesting an 11-day extension, to March 1, 2021. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases and because of personal medical issues. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

It is therefore ordered that Respondents' motion for enlargement of time (second request) (ECF No. 228) is granted. Respondents will have until and including March 1, 2021, to file their answer. In all other respects, the schedule for further proceedings set forth in the order entered October 21, 2020 (ECF No. 225) will remain in effect.

DATED THIS 19th Day of February 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE